IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **14-cv-1770-AP**

**KAY M. SMITH,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER FOR AWARD OF EAJA FEES

Kane, J.

In light of the parties' Stipulation regarding fees under the Equal Access to Justice Act (EAJA) (Doc. 23), it is

**ORDERED** that the Defendant shall pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$7,250**.  As set forth in the Stipulation, the parties agree EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b), which would then be subject to the offset provisions of the EAJA.  *See* 28 U.S.C. § 2412(c)(1) (2006).

Dated at Denver, Colorado, this 13th day of March, 2015.

                                        *s/John L. Kane*
                                        SENIOR U.S. DISTRICT JUDGE